1  JOHN L. BURRIS, Esq., SBN 69888
   DeWITT M. LACY, Esq., SBN 258789
2  **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  john.burris@johnburrislaw.com
   dewitt.lacy@johnburrislaw.com

6  Attorneys for Plaintiff
   NICHOLAS STROBL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NICHOLAS STROBL, | Case No.: 2:13−CV−01436−MCE−EFB |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL; and ORDER** |
| v. | |
| JOSEPH A FARROW, ET AL. Defendants. | |

**STIPULATION AND REQUEST FOR DISMISSAL; and ORDER**

## STIPULATION

The parties in the above-entitled action hereby stipulate and agree that, in exchange for the Defendants' waiver of the right to recover the costs of the defense of this action, which is hereby given, the Plaintiff will, and hereby does request that the Court enter a dismissal of the instant action, in its entirety, with prejudice, and order the entry of judgment in favor of the Defendants, and each of them with each side to bear its own costs, including attorney's fees, in the action.

**IT IS SO STIPULATED.**

DATED: February 17, 2015	KAMALA D. HARRIS
	Attorney General of California
	PETER A. MESHOT
	Supervising Deputy Attorney General

	**/s/Stephen C. Pass**

	STEPHEN C. PASS
	Deputy Attorney General
	*Attorneys for Defendants Joseph A. Farrow, Roberto Gomez, Dennis Pontius, and Matthew Stover*


DATED: February 16, 2015	LAW OFFICES OF JOHN L. BURRIS

	By: */s/ DeWitt M. Lacy*
	     DEWITT M. LACY
	     Attorneys for Plaintiff

---

1

**STIPULATION AND REQUEST FOR DISMISSAL; and ORDER**

# ORDER

In light of the foregoing stipulation and request for dismissal by the parties to the above-entitled action, which are hereby approved, and **GOOD CAUSE** therefor having been found, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the Plaintiff's First Amended Complaint be **DISMISSED**, in its entirety, with prejudice, and that judgment be entered in favor of the Defendants, and each of them, and against the Plaintiff, who shall take nothing by way of his complaint for damages. It is further **ORDERED** that each side shall bear its own costs of litigation, including attorney's fees. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT